**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RONALD DEAN GILBERT, 1270857,** ) | |
|       Petitioner, ) | |
| ) | |
| v. ) | No. 3:06-CV-1981-N |
| ) | ECF |
| **NATHANIEL QUARTERMAN, Director,** ) | |
| **TDCJ-CID,** ) | |
|       Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. The Court has conducted a de novo review of those matters to which objection has been made, and those objections are overruled.

Signed June 6, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

ORDER - SOLO PAGE